174 A.3d 507

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SEAN P. FARRELL, DEFENDANT–PETITIONER.

C–178 September Term 2017
077941

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001842–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 508

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JAMIE SPARKS, A/K/A JAMEEL GATLIN, JAMMIE SPARKS, JAMMIE L. SPARKS, DEFENDANT–PETITIONER.

C–150 September Term 2017
079282

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005388–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.